**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03437-REB-KMT

JARED R. BURDIN, Maj.,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the **Order Granting Motion To Dismiss** [#12] of Judge Robert E. Blackburn entered on August 12, 2015 it is

    ORDERED that respondent's **Motion To Dismiss** [#7], filed January 7, 2015, is granted;

    ORDERED that plaintiff's claims are dismissed without prejudice;

    ORDERED that judgment without prejudice enters on behalf of defendant, the United States of America, and against plaintiff, Maj. Jared R. Burdin, as to all claims and causes of action asserted herein; and

    ORDERED that this action is dismissed with prejudice.

    Dated at Denver, Colorado this 13th day of August, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ K. Finney
           K. Finney
           Deputy Clerk